UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SISTER E. JONES-BEY,

                Plaintiff,

-against-

STATE OF NEW YORK,

                Defendant.

24-CV-8734 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff brings this action *pro se* and *in forma pauperis* (IFP). By order dated January 13, 2025, and entered on the court's docket on January 14, 2025, the Court dismissed the complaint for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(i), but granted Plaintiff 30 days' leave to replead her claims in an amended complaint. (ECF 5.) That order specified that if Plaintiff did not file an amended complaint within the prescribed time, the Court would direct the Clerk of Court to enter judgment. Plaintiff has not filed an amended complaint.

      The Court therefore directs the Clerk of Court to enter judgment dismissing this action for the reasons stated in the January 13, 2025 order of dismissal. (ECF 5.)

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   March 14, 2025
         New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                    Chief United States District Judge